UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON MARK HART,

                Plaintiff,

   v.

LAMIN SENNAH, *et al.*,

                Defendants.

CASE NO. 2:21-cv-01127-DGE-JRC

REPORT AND RECOMMENDATION

NOTED FOR: February 25, 2022

     The District Court has referred this 42 U.S.C. § 1983 civil rights action to Chief United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4. This matter is before the Court on plaintiff's motion to dismiss defendant Marlinda Pruden from the action. Dkt. 13. Defendant Lamin Sennah does not oppose the dismissal. *See* Dkt. 18. The other named defendants have yet to appear in the matter.

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order as long as the defendant has not yet filed an answer or motion for summary

REPORT AND RECOMMENDATION - 1

1 judgment. Unless plaintiff previously dismissed a federal or state action based on or including
2 the same claim, the dismissal shall be without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

3       Here, defendant Pruden has not appeared in the action, the only defendant who has
4 appeared does not oppose the dismissal, and the Court is not aware of any previously dismissed
5 action based on the same claims. Therefore, the undersigned recommends that plaintiff's motion
6 (Dkt. 13) be granted and that defendant Marlinda Pruden be dismissed from this action without
7 prejudice.

8       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
9 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
10 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
11 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
12 objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
13 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
14 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **February 25,**
15 **2022**, as noted in the caption.

16       Dated this 9th day of February, 2022.

J. Richard Creatura
Chief United States Magistrate Judge