UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MARK HART,

          Plaintiff,

   v.

LAMIN SENNAH, et al.,

          Defendants.

CASE NO. 2:21-cv-01127-DGE-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Chief Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 19).

2. Plaintiff's Motion (Dkt. No. 13) is GRANTED, and Defendant Marlinda Pruden is DISMISSED from the action without prejudice.

DATED this 3rd day of March 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1