UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON MARK HART,

                Plaintiff,

v.

LAMIN SENNAH et al.,

                Defendants.

CASE NO. 2:21-cv-01127-DGE-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the report and recommendation (Dkt. No. 56).

(2)    Plaintiff's motion (Dkt. No. 39) is denied without prejudice.

**DATED** this 2nd day of August 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1