1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JASON MARK HART, | CASE NO. 2:21-cv-01127-DGE |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| LAMIN SENNAH, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 58);

(2) Defendants' Motion for Summary Judgment (Dkt. No. 47) is GRANTED;

(3) Plaintiff's federal claims are DISMISSED with prejudice and any state claims are DISMISSED without prejudice; and

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura.

Dated this 31st day of August 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2